# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | Case Number: 25-60870 |
| The Falls Condominium Property Owners Association, Inc.[1] | Chapter 11, Subchapter V |
| Debtor. | |

## AGREED SCHEDULING ORDER

The Falls Condominium Property Owners Association, Inc. ("Debtor"), debtor and debtor-in-possession in the above-captioned case, through counsel, and Norman Rouse, the Subchapter V Trustee (the "Trustee") have conferred and agreed to the following items to be incorporated into this agreed Scheduling Order:

1. The Status Conference shall be held via Zoom Audio Conference on February 11, 2026 at 11:00AM.

2. The Debtor's Status Report, which shall detail its efforts to reorganize, will be filed with the Court no later than January 28, 2026.

3. The Claims Bar Date for all creditors (except governmental units) is set for February 27, 2026.

4. The Debtor shall file a plan not later than March 19, 2026.

5. Secured creditors may make a Section 1111(b) election no later than twenty-one (21) days after the Chapter 11 Plan is filed with the Court.

IT IS SO ORDERED.

Dated: January 12, 2026        /s/ Brian T. Fenimore
                               The Honorable Brian T. Fenimore
                               United States Bankruptcy Judge

---

[1] The last four digits of Debtor's tax identification number are 1971. Debtor's primary place of business is 3165 Falls Parkway, Branson, Missouri 65616.

**Submitted by:**

*/s/ Camber M. Jones*
Camber M. Jones (MO Bar No. 71026)
**SPENCER FANE LLP**
2144 East Republic Road, Suite B300
Springfield, MO 65804
Telephone: (417) 888-1000
Email: cjones@spencerfane.com
- and -
Brandy A. Sargent (admitted *pro hac vice*)
**K&L GATES LLP**
One SW Columbia Street, Suite 1900
Portland, OR 97204
Telephone: (503) 228-3200
Email: brandy.sargent@klgates.com
- and -
Daniel M. Eliades (admitted *pro hac vice*)
Peter J. D'Auria (admitted *pro hac vice*)
**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Email:  daniel.eliades@klgates.com
         peter.dauria@klgates.com
- and -
Jonathan N. Edel (admitted *pro hac vice*)
**K&L GATES LLP**
300 South Tryon St., Suite 1000
Charlotte, NC 28202
Telephone: (704) 331-7400
Email:     jon.edel@klgates.com

*Proposed Counsel for Debtor and
Debtor-in-Possession*

*/s/ Norman E. Rouse*
Norman E. Rouse Mo Bar No. 27439
**COLLINS, WEBSTER AND ROUSE, P.C.**
5957 East 20th Street
Joplin, MO 64801
Telephone: (417) 782-2222
Email:        nrouse@swrcave.com

*Subchapter V Trustee*

SPR 19394450.1