**Fill in this information to identify the case:**

Debtor name: **The Falls Condominium Property Owners Association, Inc.**

United States Bankruptcy Court for the **WESTERN** Division, District of **MISSOURI**

Case number (If known): **25-60870**

☐ **Check if this is an amended filing**

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

*12/15*

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B ............................................................................................ `$ Undetermined`

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B .......................................................................................... `$ 1,159,088.91`

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B ............................................................................................ `$ 1,159,088.91`

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property:** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ............ `$ 0.00`

3. **Schedule E/F: Creditors Who Have Unsecured Claims:** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F ......................................... `$ 8,889.90`

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ......... + `$ 39,404.87`

4. **Total liabilities:**
   Lines 2 + 3a + 3b .................................................................................................................... `$ 48,294.77`

Fill in this information to identify the case:

Debtor name: The Falls Condominium Property Owners Association, Inc.

United States Bankruptcy Court for the **WESTERN** Division, District of **MISSOURI**

Case number (If known): 25-60870

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | |
| --- | --- | --- | --- | --- | --- |
| 3.1. | Bank of America | Checking & Sweep Account | 3418 | $ | 263,634.97 |
| | | | | *Bank balance as of petition date* | |
| 3.2. | Comerica Bank / Ameriprise | Operating Investment Account | 7133 | $ | 97,346.07 |
| | | | | *Bank balance as of petition date* | |
| 3.3. | Comerica Bank / Ameriprise | Reserve Investment Account | 8133 | $ | 518,398.87 |
| | | | | *Bank balance as of petition date* | |

4. **Other cash equivalents (Identify all)**

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $ 879,379.91 |
| --- |

**Part 2:**    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

  ☐ No. Go to Part 3.

  ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | | |
|---|---|---|
| 8.1. Prepaid Insurance | $ | 35,754.00 |
| 8.2. Prepaid Miscellaneous Expenses | $ | 2,733.00 |
| 8.3. Prepaid Federal/State Taxes | $ | 100.00 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $ 38,587.00 |
|---|

---

**Part 3:**    Accounts receivable

10. **Does the debtor have any accounts receivable?**

  ☐ No. Go to Part 4.

  ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11 a. 90 days old or less: | $ 69,726.69 | - | $ 0.00 | = → | $ 69,726.69 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11 b. Over 90 days old: | $ 144,955.31 | - | $ 0.00 | = → | $ 144,955.31 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $ 214,682.00 |
|---|

---

**Part 4:**    Investments

13. **Does the debtor own any investments?**

  ☑ No. Go to Part 5.

  ☐ Yes. Fill in the information below.

| Valuation method used for current value | Current value of debtor's interest |
|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

17. Total of Part 4

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. Raw materials

20. Work in progress

21. Finished goods, including goods held for resale

22. Other inventory or supplies

23. Total of Part 5

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. Is any of the property listed in Part 5 perishable?

☐ No.

☐ Yes.

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

☐ No.

☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. Crops-either planted or harvested

29. Farm animals Examples: Livestock, poultry, farm-raised fish

30. Farm machinery and equipment (Other than titled motor vehicles)

31. Farm and fishing supplies, chemicals, and feed

32. Other farming and fishing-related property not already listed in Part 6.

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

| | $ 0.00 |
|---|---|

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.          *No such assets owned by Debtor.*

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| | $ 0.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☐ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, mode, and identification numbers (i.e VIN, HIN) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| | | | | | |
|---|---|---|---|---|---|
| 47.1. | 2022 Ford Ranger 4x4 | $ 26,440.00 | Net Book Value | $ 26,440.00 |
| 47.2. | Club Car Tempoe Electric Golf Car (Qty 2) | $ Undetermined | Net Book Value | $ Undetermined |

**48.** Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** Aircraft and accessories

**50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

**51.** Total of Part 8.

Add lines 47 through 50. Copy the total to line 87.

$ 26,440.00

**52.** Is a depreciation schedule available for any of the property listed in Part 8?

☐ No.

☑ Yes.

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?

☑ No.

☐ Yes.

| Part 9: | Real property |
|---|---|

**54.** Does the debtor own or lease any real property?

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | 1.29% of the interval ownership of 9 buildings (containing 54 Time-Share Units) and their concomitant common areas located at 3165 Falls Parkway, Branson, MO 65616 | Tenants in Common | $ Undetermined | N/A | $ Undetermined |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ Undetermined

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No.

☐ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

---

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 63.1.  Owners List | $          Undetermined | N/A | $          Undetermined |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No.

☑ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No.

☐ Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

---

Official Form 206A/B                           **Schedule A/B: Property**                           page 6

**Part 11:**   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

71. **Notes receivable**

72. **Tax refunds and unused net operating losses (NOLs)**

73. **Interests in insurance policies or annuities**

| 73.1. | See Attached Exhibit AB73 | $ | Undetermined |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed Examples: Season tickets, country club membership**

| 77.1. | Proportional share of miscellaneous furnishings and appliances in 54 occupancy units | $ | Undetermined |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80 . Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | | $ 879,379.91 + Undetermined | |
| 81 . Deposits and prepayments. Copy line 9, Part 2. | | $ 38,587.00 | |
| 82 . Accounts receivable. Copy line 12, Part 3. | | $ 214,682.00 | |
| 83 . Investments. Copy line 17, Part 4. | | $ 0.00 | |
| 84 . Inventory. Copy line 23, Part 5. | | $ 0.00 | |
| 85 . Farming and fishing-related assets.Copy line 33, Part 6. | | $ 0.00 | |
| 86 . Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | | $ 0.00 | |
| 87 . Machinery, equipment, and vehicles. Copy line 51, Part 8. | | $ 26,440.00 | |
| 88 . Real property. Copy line 56, Part 9. | | | Undetermined |
| 89 . Intangibles and intellectual property.Copy line 66, Part 10. | | $ 0.00 | |
| 90 . All other assets. Copy line 78, Part 11. | | $ 0.00 | |
| 91 . Total. Add lines 80 through 90 for each column. | 91a. $ 1,159,088.91 | + 91b. Undetermined | |
| 92 . Total of all property on Schedule A/B. Lines 91a + 91b = 92 | | | 1,159,088.91 |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 11, QUESTION 73

INTERESTS IN INSURANCE POLICIES OR ANNUITIES

**The Falls Condominium Property Owners Association, Inc.**
**Case No. 25-60870**
**Schedule AB 73. Interests in Insurance Policies or Annuities**

| Insurer | Coverage | Policy # | Policy Term* | Current Value of Debtor's Interest |
|---|---|---|---|---|
| AIG Specialty Insurance Company<br>Allied World Assurance Company<br>American Guarantee and Liability Insurance Company<br>Axis Surplus Insurance Company<br>Lloyds of London<br>Starr Indemnity & Liability Company<br>Starr Surplus Lines Insurance Company<br>The Ohio Casualty Insurance Company | Commercial Property, General Liability, Umbrella Liability | 1000100131251<br>1000100145251<br>1000198193251<br>1000198194251<br>1000699969251<br>B1230AP56189A25<br>014956104<br>025032686<br>1000589683251<br>AEC-0950965-05<br>ECO (26) 65891178<br>P-001-001632821-01<br>0314-6823 | 5/1/2025 – 5/1/2026 | Undetermined |
| HDI Global Specialty SE | Not-for-Profit Company Management Liability Policy | FRL-H-P-ML-00013955-03 | 09/28/2025 - 09/28/2026 | Undetermined |

*\* Policy End Dates May Include Extensions*

**Fill in this information to identify the case:**

Debtor name: **The Falls Condominium Property Owners Association, Inc.**

United States Bankruptcy Court for the **WESTERN** Division, District of **MISSOURI**

Case number (If known): **25-60870**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

Debtor _____ Case number _____
Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Official Form 206D          Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          Page 2 of 2

Fill in this information to identify the case:

Debtor name: **The Falls Condominium Property Owners Association, Inc.**

United States Bankruptcy Court for the **WESTERN** Division, District of **MISSOURI**

Case number (If known): **25-60870**

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C § 507).**
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  | Total Claim | Priority Amount |
|---|---|---|

**2.1** **Priority creditor's name and mailing address**
Dept of Treasury
Internal Revenue Service Center
Ogden, UT 84201-0012
**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Federal Income Taxes
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total Claim: $8,218.00     Priority Amount: $8,218.00

**2.2** **Priority creditor's name and mailing address**
Missouri Dept of Revenue
Taxing Division
P.O. Box 840
Jefferson City, MO 65105-0840
**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Sales & Use Tax
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total Claim: $671.90     Priority Amount: $671.90

**2.3** **Priority creditor's name and mailing address**
Mona Cope, County Collector
P.O. Box 278
Forsyth, MO 65653
**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Real Estate Taxes
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total Claim: Undetermined     Priority Amount: Undetermined

Debtor _____ Case number (if known) _____
Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,296.06 |
|---|---|---|---|
| | Allied Universal | Check all that apply. | |
| | P.O. Box 828854 | ☐ Contingent | |
| | Philadelphia PA 19182 | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis of claim:** | |
| | **Last 4 digits of account number** N 0 4 0 | Security Services | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No. | |
| | | ☐ Yes. | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,511.31 |
|---|---|---|---|
| | Brightspeed & Connect Holding | Check all that apply. | |
| | P.O. Box 6102 | ☐ Contingent | |
| | Carol Stream, IL 60197 | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis of claim:** | |
| | **Last 4 digits of account number** 9 4 8 7 | Telephone | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No. | |
| | | ☐ Yes. | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,120.00 |
|---|---|---|---|
| | D&B HVAC Services | Check all that apply. | |
| | 1571 Bee Creek Rd | ☐ Contingent | |
| | Branson, MO 65616 | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis of claim:** | |
| | **Last 4 digits of account number** i o u s | HVAC repairs | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No. | |
| | | ☐ Yes. | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,737.12 |
|---|---|---|---|
| | Hollister Laundry | Check all that apply. | |
| | 10316 Branson Landing Blvd | ☐ Contingent | |
| | Branson, MO 65616 | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis of claim:** | |
| | **Last 4 digits of account number** 6 3 7 0 | Laundry services 12/8-12/10/25 | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No. | |
| | | ☐ Yes. | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,791.14 |
|---|---|---|---|
| | Liberty | Check all that apply. | |
| | P.O. Box 75660 | ☐ Contingent | |
| | Chicago, IL 606752 | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis of claim:** | |
| | **Last 4 digits of account number** 0 7 0 2 | Electric services 10/7-11/6/2025 | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No. | |
| | | ☐ Yes. | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,534.17 |
|---|---|---|---|
| | MasterCorp | Check all that apply. | |
| | 3505 N Main St | ☐ Contingent | |
| | P.O. Box 4027 | ☐ Unliquidated | |
| | Crossville, TN 38557 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis of claim:** | |
| | | Departure Cleans 11/24-11/30/25 | |
| | **Last 4 digits of account number** 4 1 0 2 | **Is the claim subject to offset?** | |
| | | ☒ No. | |
| | | ☐ Yes. | |

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 2 of 5 |

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

---

**3.7** Nonpriority creditor's name and mailing address
MasterCorp
P.O. Box 440195
Nashville, TN 37244

**Date or dates debt was incurred**

**Last 4 digits of account number**          4 1 0 2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
12/1-12/7/25 Departure Cleans
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**$11,947.16**

---

**3.8** Nonpriority creditor's name and mailing address
Optimum Business
P.O. Box 4019
Carol Stream, IL 60197

**Date or dates debt was incurred**

**Last 4 digits of account number**          2 - 0 2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
internet broadband
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**$387.40**

---

**3.9** Nonpriority creditor's name and mailing address
Republic Services
P.O. Box 677156
Dallas, TX 75267

**Date or dates debt was incurred**

**Last 4 digits of account number**          6 3 0 4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
11/1-11/30/2025 trash services
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**$1,396.54**

---

**3.10** Nonpriority creditor's name and mailing address
RSG
4427 W Kennedy Blvd, 260
Tampa, FL 33609

**Date or dates debt was incurred**

**Last 4 digits of account number**          A L L S

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Television stations
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**$2,683.97**

---

**3.11** Nonpriority creditor's name and mailing address
Vacation Resort Management, Inc
fka Wyndham Vacation Management, Inc
501 W Church St
Orlando, FL 32805

**Date or dates debt was incurred**

**Last 4 digits of account number**          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
**Is the claim subject to offset?**
☐ No.
☑ Yes.

**Undetermined**

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.2 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.3 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.4 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.5 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.6 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.7 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.8 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.9 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.10 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.11 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.12 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.13 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.14 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.15 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.16 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.17 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.18 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.19 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ |

Debtor _____
Name

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5.a **Total claims from Part 1.** | 5a | | $8,889.90 |
| 5.b **Total claims from Part 2.** | 5b | + | $39,404.87 |
| 5.c **Total of Parts 1 and 2** Lines 5a + 5b = 5c | 5c | + | $48,294.77 |

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name: <strong>The Falls Condominium Property Owners Association, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the <strong>WESTERN</strong> Division, District of <strong>MISSOURI</strong></td></tr>
<tr><td>Case number (If known): <strong>25-60870</strong></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Proposal and Sales Agreement, Executory Contract | ADT Commercial LLC<br>7707 NW 97th Ter<br>Kansas City, MO 64153 |
| | State the term remaining | 09/01/2022-08/30/2027 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Consultant Engagement Agreement | Armstrong Consulting, Inc<br>888 Mililani St, PH-3<br>Honolulu, HI 96813 |
| | State the term remaining | 12/01/2022 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Agreement Between Owner and Contractor, Executory Contract | Binswanger Glass<br>616 S Business Hwy<br>Branson, MO 65616 |
| | State the term remaining | 10/13/2011; Renewed through 10/12/2026 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Recurrent Services Agreement, Executory Contract | D & B HVAC Services, LLC<br>1571 Bee Creek Rd<br>Branson, MO 65616 |
| | State the term remaining | 02/01/2025-01/31/2026 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Golf Cart Lease & Maintenance Agreement | DLL Finance<br>P.O. Box 77122<br>Minneapolis, MN 55480-7702 |
| | State the term remaining | 12/15/2025-11/28/2027 | |
| | List the contract number of any government contract | 101-0562774000; Lease Case ID FA-295342 | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Fairshare Plus Program Affiliation Agreement Wyndham Branson at the Falls, Executory Contract | Fairshare Vacation Owners Association<br>Attn: Brian Keller, President<br>8427 S Park Cir, Ste 500<br>Orlando, FL 32819 |
| | State the term remaining | 03/14/2008-12/31/2025 | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lines Policy | Falcon Claims Services<br>225 Liberty St, 36th Fl<br>New York, NY 10281 |
| | State the term remaining | 09/28/2025-09/28/2026 | |
| | List the contract number of any government contract | Policy #: FRL-H-P-ML-00013955-03 | |

Debtor _____ (Name of Debtor, if Individual: Last Name, First Name, Middle Name)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.8** State what the contract or lease is for and the nature of the debtor's interest | Laundry Services Agreement, Executory Contract | Hollister Laundry, LLC<br>10316 Branson Landing Blvd<br>Branson, MO 65616 |
| State the term remaining | 02/09/2022; Renewed through 02/08/2026 | |
| List the contract number of any government contract | | |
| **2.9** State what the contract or lease is for and the nature of the debtor's interest | Planned Service Agreement, Executory Contract | Johnson Controls Fire Protection, LP<br>14200 E Exposition Ave<br>Aurora, CO 80012-2540 |
| State the term remaining | 03/01/2024-02/28/2027 | |
| List the contract number of any government contract | | |
| **2.10** State what the contract or lease is for and the nature of the debtor's interest | Property Level Housekeeping Agreement, Executory Contract | MasterCorp, Inc<br>P.O. Box 440195<br>Nashville, TN 37244 |
| State the term remaining | 01/01/2017; Renewed through 12/31/2026 | |
| List the contract number of any government contract | | |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest | Recurrent Services Agreement, Executory Contract | North American Property Maintenance, Inc<br>Attn: Ron Cox Jr, President<br>3000 Green Mtn Dr, Ste 107<br>Branson, MO 65616 |
| State the term remaining | 02/01/2020; Renewed through 1/31/2026 | |
| List the contract number of any government contract | | |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest | Landscape Service Agreement, Executory Contract | North American Property Maintenance, Inc<br>Attn: Ron Cox Jr, President<br>3000 Green Mtn Dr, Ste 107<br>Branson, MO 65616 |
| State the term remaining | 02/24/2012; Renewed through 02/23/2026 | |
| List the contract number of any government contract | | |
| **2.13** State what the contract or lease is for and the nature of the debtor's interest | Pest Prevention Service Agreement, Executory Contract | Presto-X, LLC<br>a Rentokil Co<br>Attn: District Manager<br>3952 Clayton Ave<br>St Louis, MO 63110 |
| State the term remaining | 11/20/2019; Renewed through 11/19/2026 | |
| List the contract number of any government contract | | |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest | Customer Service Agreement, Executory Contract | Republic Services<br>772 Ance Creek Rd<br>Branson, MO 65616 |
| State the term remaining | 05/06/2022; Renewed through 5/5/2028 | |
| List the contract number of any government contract | Acct # 96304/Site 00002 | |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest | Bulk Communications Services and Access Agreement, Executory Contract | Resort Services Group, Inc<br>aka RSG<br>3001 N Rocky Point Dr, Ste 200-208<br>Tampa, FL 33607 |
| State the term remaining | 05/31/2016; Renewed through 06/01/2026 | |
| List the contract number of any government contract | | |
| **2.16** State what the contract or lease is for and the nature of the debtor's interest | Safety NetAccess, Inc. Customer Support Agreement, Executory Contract | Safety NetAccess, Inc<br>aka SNA<br>383 Dorchester Ave, Ste 230<br>Boston, MA 02127 |
| State the term remaining | 03/01/2016; Renewed through 02/28/2026 | |
| List the contract number of any government contract | | |

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        Page 2 of 3

Debtor _____ Case number _____
Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | Certificate of Liability Insurance | Stephens Insurance, LLC<br>111 Center St, Ste 100<br>Little Rock, AR 72201 |
| | State the term remaining | 05/01/2025-05/01/2026 | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Service Order & Agreement, Executory Contract | Suddenlink Business Office<br>500 Main St, Ste 102A<br>Branson, MO 65616 |
| | State the term remaining | 01/28/2016; Renewed through 01/27/2026 | |
| | List the contract number of any government contract | 100-7027128-02 | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | Security Services Agreement, Executory Contract | Universal Protection Service, LP<br>1151 N Tustin Ave<br>Santa Ana, CA 92705 |
| | State the term remaining | 03/28/2014; Monthly | |
| | List the contract number of any government contract | | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Inventory Foreclosure Agreement, Executory Contract | Wyndham Vacation Resorts, Inc<br>501 W Church St<br>Orlando, FL 32805 |
| | State the term remaining | 12/05/2014 | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | Amended & Restated Management Agreement between Wyndham Vacation Management, Inc. and The Falls Condominium Property Owners Association, Inc., Executory Contract | Vacation Resort Management, Inc.<br>fka Wyndham Vacation Management, Inc<br>501 W Church St<br>Orlando, FL 32805 |
| | State the term remaining | 01/01/2009; Renewed through 12/31/2029 | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | Inventory Foreclosure Agreement between Wyndham Vacation Resorts, Inc. and The Falls Condominium Property Owners Association, Inc., Executory Contract | Wyndham Vacation Resorts, Inc<br>501 W Church St<br>Orlando, FL 32805 |
| | State the term remaining | 12/18/2008; Renewed through 12/17/2026 | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **The Falls Condominium Property Owners Association, Inc.**

United States Bankruptcy Court for the **WESTERN** Division, District of **MISSOURI**

Case number (If known): **25-60870**

☐ **Check if this is an amended filing**

# Official Form 206H

## Schedule H: Codebtors                                                12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |

Debtor name: **The Falls Condominium Property Owners Association, Inc.**

United States Bankruptcy Court for the **WESTERN** Division, District of **MISSOURI**

Case number (If known): **25-60870**

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property*                     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*           (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*            (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*               (Official Form 206 G)

☑ *Schedule H: Codebtors*                                              (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*              (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | Friday, January 16th, 2026 | Signature | /s/ Betty Schutt | DocuSigned by: *Betty Schutt* 0BDCC9F9220F490... |
|---|---|---|---|---|
| | MM / DD / YYYY | | | |
| | | Printed Name | Betty Schutt | |
| | | Title | President | |