**Fill in this information to identify the case:**

Debtor name: **The Falls Condominium Property Owners Association, Inc.**

United States Bankruptcy Court for the **WESTERN** Division, District of **MISSOURI**

Case number (If known): **25-60870**

☐ **Check if this is an amended filing**

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From | 01/01/2025<br>MM / DD /YYYY | to | 11/30/2025<br>MM / DD /YYYY | ☑ Operating a business<br>☐ Other | $ 2,435,338.00 |
   | **For prior year:** | From | 01/01/2024<br>MM / DD /YYYY | to | 12/31/2024<br>MM / DD /YYYY | ☑ Operating a business<br>☐ Other | $ 2,520,979.90 |
   | **For the year before that:** | From | 01/01/2023<br>MM / DD /YYYY | to | 12/31/2023<br>MM / DD /YYYY | ☑ Operating a business<br>☐ Other | $ 2,476,356.93 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 04/01/2028 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

   | | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | See Attached Exhibit SOFA3<br>Creditor's name<br><br>Street<br><br>City        State        ZIP Code | | $ 382,148.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 04/01/2028 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31)

   ☐ None

   | | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|---|
   | 4.1. | See Attached Exhibit SOFA4<br>Insider's name<br><br>Street<br><br>City        State        ZIP Code<br>**Relationship to debtor** | | $ 1,450,826.80 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6

   ☑ None

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt

   ☑ None

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case

   ☐ None

   | | Case title | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1 | 30 foreclosure proceedings in process of being terminated<br>**Case number** | | Name<br><br>Street<br><br>City        State        ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case

   ☑ None

**Part 4:** Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ☑ None

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 206A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 In building 3, first floor units (105A, 105B, 106A and 106B) all have damage from a frozen pipe that busted. Cause of loss: a copper pipe on an exterior wall froze and busted causing the water leak. | $122,448.34 | 02/28/2025 | $172,448.34 |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1** Omni Agent Solutions, Inc.<br>**Addresses**<br>Street: 5955 De Soto Ave, Ste 100<br>City: Woodland Hills  State: CA  ZIP Code: 91367<br>**Email or website addresses**<br>www.omniagentsolutions.com<br>**Who made the payment, if not debtor?** | | 10/13/2025 | $10,000.00 |
| **11.2** Omni Agent Solutions, Inc.<br>**Addresses**<br>Street: 5955 De Soto Ave, Ste 100<br>City: Woodland Hills  State: CA  ZIP Code: 91367<br>**Email or website addresses**<br>www.omniagentsolutions.com<br>**Who made the payment, if not debtor?** | | 11/24/2025 | $7,500.00 |
| **11.3** K&L Gates LLC<br>**Addresses**<br>Street: One Newark Center, 10th Fl<br>City: Newark  State: NJ  ZIP Code: 07102<br>**Email or website addresses**<br>www.klgates.com<br>**Who made the payment, if not debtor?** | | 10/15/2025 | $50,000.00 |

**11.4** K&L Gates LLC | 12/17/2025 | $35,000.00

**Addresses**

Street: One Newark Center, 10th Fl

City: Newark   State: NJ   ZIP Code: 07102

**Email or website addresses**
www.klgates.com

**Who made the payment, if not debtor?**

**11.5** Spencer Fane | 12/16/2025 | $25,000.00

**Addresses**

Street: 2144 E Republic Rd, Ste B300

City: Springfield   State: MO   ZIP Code: 65804

**Email or website addresses**
www.spencerfane.com

**Who made the payment, if not debtor?**

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device. Do not include transfers already listed on this statement.

☑ **None**

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ **None**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ **None**

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ **None**

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No. Go to Part 9
☑ Yes. State the nature of the information collected and retained. Owner Name & Address

**Does the debtor have a privacy policy about that information?**

☑ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ **None**

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☒ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

21. **Property held for another**

    ☒ None

| Part 12: | Details About Environmental Information |

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**
    ☒ No.
    ☐ Yes. Provide details below

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
    ☒ No.
    ☐ Yes. Provide details below

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
    ☒ No.
    ☐ Yes. Provide details below

| Part 13: | Details About the Debtor's Business or Connections to Any Business |

25. **Other businesses in which the debtor has or has had an interest**
    ☒ None

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

    26a.1.

    | Name and address | Dates of service | |
    |---|---|---|
    | Shawn Losk — Name | From 09/01/2023 | To Present |
    | 3165 Falls Parkway — Street | | |
    | Branson   MO   65616 | | |
    | City   State   ZIP Code | | |
    | Country | | |

    26a.2.

    | Name and address | Dates of service | |
    |---|---|---|
    | Anoush Martirosyan — Name | From 09/01/2021 | To 03/31/2025 |
    | 3165 Falls Parkway — Street | | |
    | Branson   MO   65616 | | |
    | City   State   ZIP Code | | |
    | Country | | |

    26a.3.

    | Name and address | Dates of service | |
    |---|---|---|
    | Brandon LaRochelle — Name | From 03/01/2025 | To Present |
    | 3165 Falls Parkway — Street | | |
    | Branson   MO   65616 | | |
    | City   State   ZIP Code | | |
    | Country | | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**26b.1.**

| Name and address | Dates of service | |
|---|---|---|
| Steven M Brettholtz, CPA - Myers, Brettholtz & Company — Name | From Unknown | To Present |
| 12671 Whitehall Dr — Street | | |
| Fort Myers   FL   33907-3626 — City / State / ZIP Code | | |
| Country | | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**26c.1.**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| Vacation Resort Management, Inc. f/k/a Wyndham Vacation Management, Inc. — Name | |
| 501 W Church St — Street | |
| Orlando   FL   32805 — City / State / ZIP Code | |
| Country | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**26d.1.**

| Name and address | |
|---|---|
| Annual Audit available to owners upon request — Name | |
| Street | |
| City / State / ZIP Code | |
| Country | |

27. **Inventories**
☑ No.
☐ Yes. Give the details about the two most recent inventories.

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Betty Schutt | 3165 Falls Parkway, Branson, MO 65616 | President | |
| Tommy Reedy | 3165 Falls Parkway, Branson, MO 65616 | Vice President | |
| John McIntosh | 3165 Falls Parkway, Branson, MO 65616 | Secretary/Treasurer | |
| PTVO Owners Association, Inc | 10750 W Charleston Blvd, Ste 150, Las Vegas, NV 89135 | Equity Holder | 47.73% |
| Wyndham Vacation Resorts, Inc. | 501 W Church St, Orlando, FL 32805 | Equity Holder | 19.49% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☐ No.
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jeffrey Long | 3165 Falls Parkway, Branson, MO 65616 | General Manager | From 01/01/2022 To 12/31/2024 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
- [ ] No.
- [x] Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1 See SOFA Schedule 4

Name

City    State    ZIP Code

Country

**Relationship to debtor**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
- [x] No.
- [ ] Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
- [x] No.
- [ ] Yes. Identify below.

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on    01/16/2026
               MM / DD / YYYY

/s/ Betty Schutt  *Betty Schutt* (DocuSigned by: 0BDCC9F0228F498...)    Printed name    Betty Schutt
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    President

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**
- [x] No
- [ ] Yes

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 2, QUESTION 3

## CERTAIN PAYMENTS OR TRANSFERS TO CREDITORS WITHIN 90 DAYS BEFORE FILING THIS CASE

**The Falls Condominium Property Owners Association, Inc.**
**Case No. 25-60870**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| City of Branson Utilities | 09/22/2025 | $ 45.71 | Utilities |
| City of Branson Utilities | 09/22/2025 | $ 297.43 | Utilities |
| City of Branson Utilities | 09/22/2025 | $ 399.20 | Utilities |
| City of Branson Utilities | 09/22/2025 | $ 222.09 | Utilities |
| City of Branson Utilities | 09/22/2025 | $ 362.98 | Utilities |
| City of Branson Utilities | 09/22/2025 | $ 390.13 | Utilities |
| City of Branson Utilities | 09/22/2025 | $ 456.04 | Utilities |
| City of Branson Utilities | 09/22/2025 | $ 325.48 | Utilities |
| City of Branson Utilities | 09/22/2025 | $ 365.56 | Utilities |
| City of Branson Utilities | 09/22/2025 | $ 509.54 | Utilities |
| City of Branson Utilities | 10/20/2025 | $ 90.47 | Utilities |
| City of Branson Utilities | 10/20/2025 | $ 368.17 | Utilities |
| City of Branson Utilities | 10/20/2025 | $ 423.73 | Utilities |
| City of Branson Utilities | 10/20/2025 | $ 498.70 | Utilities |
| City of Branson Utilities | 10/20/2025 | $ 324.21 | Utilities |
| City of Branson Utilities | 10/20/2025 | $ 544.22 | Utilities |
| City of Branson Utilities | 10/20/2025 | $ 254.39 | Utilities |
| City of Branson Utilities | 10/20/2025 | $ 449.57 | Utilities |
| City of Branson Utilities | 10/20/2025 | $ 203.07 | Utilities |
| City of Branson Utilities | 10/20/2025 | $ 278.98 | Utilities |
| City of Branson Utilities | 11/20/2025 | $ 263.47 | Utilities |
| City of Branson Utilities | 11/20/2025 | $ 57.69 | Utilities |
| City of Branson Utilities | 11/20/2025 | $ 286.72 | Utilities |
| City of Branson Utilities | 11/20/2025 | $ 375.90 | Utilities |
| City of Branson Utilities | 11/20/2025 | $ 279.33 | Utilities |
| City of Branson Utilities | 11/20/2025 | $ 353.93 | Utilities |
| City of Branson Utilities | 11/20/2025 | $ 264.75 | Utilities |
| City of Branson Utilities | 11/20/2025 | $ 507.02 | Utilities |
| City of Branson Utilities | 11/20/2025 | $ 353.93 | Utilities |
| City of Branson Utilities | 11/20/2025 | $ 576.25 | Utilities |
| City of Branson Utilities | 12/10/2025 | $ 3,085.05 | Utilities |
| **City of Branson Utilities Total** | | **$ 13,213.71** | |
| K&L Gates LLP | 10/15/2025 | $ 50,000.00 | Bankruptcy Professional |
| K&L Gates LLP | 12/17/2025 | $ 35,000.00 | Bankruptcy Professional |
| **K&L Gates LLP Total** | | **$ 85,000.00** | |
| Liberty Electric | 09/26/2025 | $ 10,033.89 | Electricity |
| Liberty Electric | 10/28/2025 | $ 7,585.38 | Electricity |
| Liberty Electric | 11/26/2025 | $ 6,841.00 | Electricity |
| Liberty Electric | 12/10/2025 | $ 4,800.00 | Electricity |
| **Liberty Electric Total** | | **$ 29,260.27** | |
| Mastercorp Inc | 09/24/2025 | $ 11,337.34 | Cleaning |
| Mastercorp Inc | 10/01/2025 | $ 10,909.21 | Cleaning |
| Mastercorp Inc | 10/08/2025 | $ 13,313.87 | Cleaning |
| Mastercorp Inc | 10/15/2025 | $ 21,349.76 | Cleaning |
| Mastercorp Inc | 10/22/2025 | $ 11,436.85 | Cleaning |
| Mastercorp Inc | 10/29/2025 | $ 14,486.25 | Cleaning |
| Mastercorp Inc | 11/05/2025 | $ 13,885.32 | Cleaning |
| Mastercorp Inc | 11/25/2025 | $ 11,488.58 | Cleaning |
| Mastercorp Inc | 11/25/2025 | $ 13,023.86 | Cleaning |

**The Falls Condominium Property Owners Association, Inc.**
**Case No. 25-60870**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Mastercorp Inc | 12/03/2025 | $ 27,902.77 | Cleaning |
| **Mastercorp Inc Total** | | **$ 149,133.81** | |
| North American Property Maint Inc | 10/08/2025 | $ 3,421.80 | Property Maintenance |
| North American Property Maint Inc | 11/05/2025 | $ 3,421.80 | Property Maintenance |
| North American Property Maint Inc | 11/25/2025 | $ 3,421.80 | Property Maintenance |
| **North American Property Maint Inc Total** | | **$ 10,265.40** | |
| Omni Agent Solutions, Inc. | 10/13/2025 | $ 10,000.00 | Bankruptcy Professional |
| Omni Agent Solutions, Inc. | 11/24/2025 | $ 7,500.00 | Bankruptcy Professional |
| **Omni Agent Solutions, Inc. Total** | | **$ 17,500.00** | |
| Prop Tax Payment-Taney County | 11/14/2025 | $ 33,282.76 | Property Taxes |
| **Prop Tax Payment-Taney County Total** | | **$ 33,282.76** | |
| Spencer Fane | 12/16/2025 | $ 25,000.00 | Bankruptcy Professional |
| **Spencer Fane Total** | | **$ 25,000.00** | |
| Stephens Insurance LLC | 10/08/2025 | $ 10,080.00 | Insurance |
| **Stephens Insurance LLC Total** | | **$ 10,080.00** | |
| Universal Protection Serv LP | 09/24/2025 | $ 1,426.44 | Security |
| Universal Protection Serv LP | 10/08/2025 | $ 1,645.96 | Security |
| Universal Protection Serv LP | 10/22/2025 | $ 1,756.96 | Security |
| Universal Protection Serv LP | 11/05/2025 | $ 1,589.95 | Security |
| Universal Protection Serv LP | 11/25/2025 | $ 1,435.71 | Security |
| Universal Protection Serv LP | 12/03/2025 | $ 1,557.14 | Security |
| **Universal Protection Serv LP Total** | | **$ 9,412.16** | |
| **Grand Total** | | **$ 382,148.11** | |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 2, QUESTION 4

## PAYMENTS OR OTHER TRANSFERS OF PROPERTY MADE WITHIN 1 YEAR BEFORE FILING THIS CASE THAT BENEFITTED ANY INSIDER

The Falls Condominium Property Owners Association, Inc.
Case No. 25-60870
SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider Name | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Club Wyndham Plus | 01/15/2025 | $ 14,485.65 | Points |
| Club Wyndham Plus | 02/05/2025 | $ 14,485.65 | Points |
| Club Wyndham Plus | 03/05/2025 | $ 14,485.65 | Points |
| Club Wyndham Plus | 04/02/2025 | $ 14,485.65 | Points |
| Club Wyndham Plus | 05/07/2025 | $ 14,485.65 | Points |
| Club Wyndham Plus | 06/04/2025 | $ 14,485.65 | Points |
| Club Wyndham Plus | 07/09/2025 | $ 14,485.65 | Points |
| Club Wyndham Plus | 08/06/2025 | $ 14,485.65 | Points |
| Club Wyndham Plus | 09/10/2025 | $ 14,485.65 | Points |
| Club Wyndham Plus | 10/08/2025 | $ 14,485.65 | Points |
| Club Wyndham Plus | 11/05/2025 | $ 14,485.65 | Points |
| Club Wyndham Plus | 12/10/2025 | $ 14,485.65 | Points |
| **Club Wyndham Plus Total** | | **$ 173,827.80** | |
| Vacation Resort Management, Inc | 12/31/2024 | $ 27,353.77 | Management Fee |
| Vacation Resort Management, Inc | 12/31/2024 | $ 63,454.32 | Reimbursables |
| Vacation Resort Management, Inc | 01/31/2025 | $ 28,551.70 | Management Fee |
| Vacation Resort Management, Inc | 01/31/2025 | $ 111,715.23 | Reimbursables |
| Vacation Resort Management, Inc | 02/28/2025 | $ 28,551.70 | Management Fee |
| Vacation Resort Management, Inc | 02/28/2025 | $ 84,859.35 | Reimbursables |
| Vacation Resort Management, Inc | 03/31/2025 | $ 28,551.70 | Management Fee |
| Vacation Resort Management, Inc | 03/31/2025 | $ 1,702.39 | Reimbursables |
| Vacation Resort Management, Inc | 04/30/2025 | $ 28,551.70 | Management Fee |
| Vacation Resort Management, Inc | 04/30/2025 | $ 32,954.00 | Insurance |
| Vacation Resort Management, Inc | 04/30/2025 | $ 65,226.69 | Reimbursables |
| Vacation Resort Management, Inc | 05/31/2025 | $ 28,551.70 | Management Fee |
| Vacation Resort Management, Inc | 05/31/2025 | $ 87,531.69 | Reimbursables |
| Vacation Resort Management, Inc | 06/30/2025 | $ 28,551.70 | Management Fee |
| Vacation Resort Management, Inc | 06/30/2025 | $ 32,696.00 | Insurance |
| Vacation Resort Management, Inc | 06/30/2025 | $ 82,118.90 | Reimbursables |
| Vacation Resort Management, Inc | 07/31/2025 | $ 28,551.70 | Management Fee |
| Vacation Resort Management, Inc | 07/31/2025 | $ 71,369.60 | Reimbursables |
| Vacation Resort Management, Inc | 08/31/2025 | $ 28,551.70 | Management Fee |
| Vacation Resort Management, Inc | 08/31/2025 | $ 93,036.68 | Reimbursables |
| Vacation Resort Management, Inc | 10/09/2025 | $ 7,170.82 | Reimbursement of Credit Card Payment |
| Vacation Resort Management, Inc | 10/31/2025 | $ 28,551.70 | Management Fee |
| Vacation Resort Management, Inc | 10/31/2025 | $ 39,215.85 | Reimbursables |
| Vacation Resort Management, Inc | 11/12/2025 | $ 11,606.48 | Reimbursement of Credit Card Payment |
| Vacation Resort Management, Inc | 11/30/2025 | $ 28,551.70 | Management Fee |
| Vacation Resort Management, Inc | 11/30/2025 | $ 72,086.09 | Reimbursables |
| Vacation Resort Management, Inc | 12/05/2025 | $ 28,551.70 | Management Fee |
| Vacation Resort Management, Inc | 12/05/2025 | $ 71,359.96 | Reimbursables |
| Vacation Resort Management, Inc | 12/09/2025 | $ 5,194.48 | Reimbursement of Credit Card Payment |
| Vacation Resort Management, Inc | 12/15/2025 | $ 2,278.00 | Reimbursement of Credit Card Payment |
| **Vacation Resort Management, Inc Total** | | **$ 1,276,999.00** | |
| **Grand Total** | | **$ 1,450,826.80** | |